# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00659-CV

**Richard House, Appellant**

**v.**

**Mary Michelle House, Appellee**

### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-13-005269, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed motion to dismiss this appeal. We grant the motion

and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Kelly, and Theofanis

Dismissed on Agreed Motion

Filed: September 19, 2025